UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| DONALD FESSENDEN, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No.: 3:15-cv-370 |
| RELIANCE STANDARD LIFE INSURANCE COMPANY and ORACLE USA, INC. GROUP LONG TERM DISABILITY PLAN, | ) ) ) ) ) ) |
| Defendants. | ) |

## **COMPLAINT**

The Plaintiff, Donald Fessenden, by and through the undersigned counsel, Bridget O'Ryan, files this Complaint against Reliance Standard Life Insurance Company ("Reliance Standard") and Oracle USA, Inc. Group Long Term Disability Plan and as cause therefore states as follows:

### I.  JURISDICTION AND VENUE

1. This action arises under the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. §1001.  The Court has jurisdiction of this case pursuant to 28 U.S.C. §1331, in that this action arises under the laws of the United States.  Specifically, Donald Fessenden brings this action to enforce his rights under ERISA as authorized by 29 U.S.C. §1132.

2. Donald Fessenden is a resident of South Bend, Indiana and a citizen of the State of Indiana.

3. Oracle USA, Inc. Group Long Term Disability Plan is an employee benefit plan administered in the Northern District of Indiana.

1

4. As an employee of Oracle USA, Inc., Donald Fessenden is a participant of the Oracle USA, Inc. Group Long Term Disability Plan.

5. Reliance Standard is the claim administrator for the Oracle USA, Inc. Group Long Term Disability Plan.

6. Reliance Standard issued disability coverage to the Oracle USA, Inc. Group Long Term Disability Plan agreeing to provide disability coverage to Oracle employees.

7. The Oracle USA, Inc. Group Long Term Disability Plan promises to pay disability benefits to employees of Oracle USA, Inc. if they are unable to work due to sickness or injury.

8. Venue in the Northern District of Indiana is appropriate by virtue of the Oracle USA, Inc. Group Long Term Disability Plan being administered in this District.

## II. FACTUAL ALLEGATIONS

9. Donald Fessenden worked as a Software Engineer Manager with Stellent, Inc., which was purchased by Oracle USA, Inc., until he became disabled in January 2008.

10. Mr. Fessenden was forced to stop working as a result of the debilitating effects and symptoms of Chronic Fatigue Syndrome. Mr. Fessenden stopped working on January 2, 2008.

11. Mr. Fessenden applied for and received short term disability benefits from Reliance Standard. Mr. Fessenden subsequently applied for long term disability benefits, which benefits were denied by Reliance Standard.

12. Mr. Fessenden appealed Reliance Standard's decision to deny his long term disability benefits; however, Reliance Standard failed to issue a determination on the appeal within the regulatory mandated time period. Reliance Standard failed to deliver a determination on Mr. Fessenden's appeal within 90 days of receiving his appeal as required by the ERISA regulations. Mr. Fessenden's appeal is therefore deemed

exhausted because a decision was not timely rendered by Reliance Standard within the regulatory timeline of 90 days; accordingly, the Court shall hear this matter *de novo*.

13. Mr. Fessenden has provided significant medical proof of his disability from his treating physicians, who have repeatedly opined that Mr. Fessenden is disabled from performing any occupation. Mr. Fessenden has met all of the provisions of the Reliance Standard policy.

14. The Defendants refuse to properly pay Mr. Fessenden's his long term disability benefits. As a result of the denial of benefits, Mr. Fessenden suffers from serious financial and emotional distress.

### III.  CLAIM FOR RELIEF

### WRONGFUL DENIAL OF EMPLOYEE BENEFITS

15. Paragraphs 1-14 are hereby realleged and incorporated herein by reference.

16. Since January 2, 2008, when Donald Fessenden was forced to leave active employment, Mr. Fessenden remains unable to perform the material duties of his regular occupation or any occupation for which he is reasonably qualified based on his education, training or experience.

17. Mr. Fessenden provided the Defendants with ample evidence to establish his entitlement to disability benefits under the Oracle USA Inc. Group Long Term Disability Plan.

18. The Defendants have intentionally and without reasonable justification denied Mr. Fessenden's long term disability benefits in violation of the Oracle USA, Inc. Group Long Term Disability Plan and ERISA.

WHEREFORE, the Plaintiff, Donald Fessenden, requests that this Honorable Court enter Judgment:

A. Finding that Donald Fessenden is entitled to long term disability benefits and order the Defendants to pay the past due benefits.

B. Finding that Donald Fessenden is entitled to long term disability benefits and order the Defendants to pay for future monthly benefits as they become due.

C. Awarding the Plaintiff interest on the amount of back benefits which remain unpaid.

D. Awarding the Plaintiff reasonable reimbursement for attorneys' fees and costs incurred as a result of the Defendants' wrongful denial of benefits.

E. Awarding all other relief as may be just and appropriate.

Respectfully Submitted,

/s/Bridget O'Ryan
Bridget O'Ryan
Attorney for Donald Fessenden
O'Ryan Law Firm
1901 Broad Ripple Avenue
Indianapolis, IN 46220
(317) 255-1000
Fax: (317) 255-1006
boryan@oryanlawfirm.com